## C-0551-21-B
## 93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION

### THE STATE TEXAS

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**THE COMMISSIONER OF INSURANCE, TEXAS DEPARTMENT OF INSURANCE**
**ATTN: CHIEF CLERK OFFICE**
**P.O. BOX 149104, MC 112-2A**
**AUSTIN, TX 78714-9104**

**INTURN FORWARDING TO:**

**MR. PAUL BECH, ESQ.,**
**ASSOCIATE GENERAL COUNSEL, CHUBB**
**436 WALNUT STREET**
**PHILADELPHIA, PA 19106-3703**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 93rd District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 11th day of February, 2021 and a copy of same accompanies this citation. The file number and style of said suit being, **C-0551-21-B, PONCHO FOOD STORE INC. VS. WESTCHESTER SURPLUS LINES INSURANCE COMPANY A CHUBB COMPANY**

Said Petition was filed in said court by Attorney MARC K WHYTE, 2101 NW MILITARY HWY SAN ANTONIO TX 78213.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 23rd day of February, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**ALESSANDRA GALVAN DEPUTY CLERK**
**CERTIFIED MAIL 9214 8901 0661 5400 0159 9247 65**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 23rd day of February, 2021 I, Alessandra Galvan, Deputy Clerk of the 93rd District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-0551-21-B, PONCHO FOOD STORE INC. VS. WESTCHESTER SURPLUS LINES INSURANCE COMPANY A CHUBB COMPANY a copy of the citation along with a copy of the petition by certified mail return receipt requested. Return receipt was returned on the ____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 23rd day of February, 2021.


**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**ALESSANDRA GALVAN, DEPUTY CLERK**


**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**



LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX  78540-0087



9214 8901 0661 5400 0159 9247 65

**RETURN RECEIPT (ELECTRONIC)**

**C-0551-21-B (CIT)**

THE COMMISSIONER OF INSURANCE, TEXAS DEPARTMENT
OF INSURANCE
ATTN: CHIEF CLERK OFFICE
P.O. BOX 149104, MC 112-2A
**AUSTIN, TX  78714-9104**

**RETURN SERVICE REQUESTED**

CUT / FOLD HERE

Zone 3

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91



LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX  78540-0087



9214 8901 0661 5400 0159 9247 65

**RETURN RECEIPT (ELECTRONIC)**

**C-0551-21-B (CIT)**

THE COMMISSIONER OF INSURANCE, TEXAS DEPARTMENT
OF INSURANCE
ATTN: CHIEF CLERK OFFICE
P.O. BOX 149104, MC 112-2A
**AUSTIN, TX  78714-9104**

**RETURN SERVICE REQUESTED**

CUT / FOLD HERE

Zone 3

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91